**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**VAN BUREN HINDS**                                                                          **PLAINTIFF**

**vs.**                                              **3:13CV00224-BRW**

**LINDA TYSON,** *et al.*                                                                   **DEFENDANT**

<u>**ORDER**</u>

On October 31, 2013, I directed Plaintiff to "file an amended complaint setting out, specifically, what causes of actions he is alleging and against whom."[1]  I also noted not that "[i]f a sufficient amended complaint is not filed by the deadline, I may dismiss the case for failure to state a claim."[2]  To date, no amended complaint has been filed.

Accordingly, this CASE is DISMISSED.

IT IS SO ORDERED this 1st day of April, 2014.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] *Id.*